# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Case No. 4:21-cv-01437-HSG

Scott Johnson, an individual

      Plaintiff,

  v.

Vasantbhai D. Patel, in individual and representative capacity as Trustee of the V& S Patel Family Trust, dated May 5, 2008 and the First Amendment to Declaration of Trust, dated December 26, 2018; Shantaben V. Patel, in individual and representative capacity as Trustee of The V& S Patel Family Trust, dated May 5, 2008 and the First Amendment to Declaration of Trust, dated December 26, 2018; Rakesh Vasant; Falguni Vasant

      Defendants.

**ORDER ON GRANTING JOINT STIPULATION TO SET ASIDE DEFAULT**

///

///

///

///

///

///

///

///

///

///

**JOINT STIPULATION TO SET ASIDE DEFAULT AND ORDER**

GOOD CAUSE APPEARING, the default entered against Defendants Vasantbhai D. Patel, in individual and representative capacity as Trustee of the V& S Patel Family Trust, dated May 5, 2008 and the First Amendment to Declaration of Trust, dated December 26, 2018; Shantaben V. Patel, in individual and representative capacity as Trustee of The V& S Patel Family Trust, dated May 5, 2008 and the First Amendment to Declaration of Trust, dated December 26, 2018; Rakesh Vasant; Falguni Vasant is set aside. Defendants have ten (10) days after the entering of this Order to provide a responsive pleading.

**IT IS SO ORDERED.**

Dated: 5/11/2021

By: *Haywood S. Gilliam, Jr.* (signature)

Hon. Haywood S Gilliam, Jr

**JOINT STIPULATION TO SET ASIDE DEFAULT AND ORDER**