# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Vasantbhai D. Patel,** in individual and representative capacity as Trustee of The V&S Patel Family Trust, dated May 5, 2008 and the First Amendment to Declaration of Trust, dated December 26, 2018; **Shantaben V. Patel**, in individual and representative capacity as Trustee of The V&S Patel Family Trust, dated May 5, 2008 and the First Amendment to Declaration of Trust, dated December 26, 2018; **Rakesh Vasant;** **Falguni Vasant;** <br><br> Defendants. | Case: No.4:21-CV-01437-HSG <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including June 22, 2022.
2. All other dates that are calculated based on the inspection date are adjusted accordingly.

IT IS SO ORDERED.

Dated: 6/2/2022

_____
HONORABLE HAYWOOD S. GILLIAM, Jr.
UNITED STATES DISTRICT JUDGE